IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ACCEPTANCE INDEMNITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:20cv388-MHT (WO) |
| Soggy Bottom Tavern, LLC, and NATASKA RUDOLPH, as the Administrator of the estate of Nadarious McCaskill, deceased, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT**

Upon consideration of plaintiff's stipulation of dismissal (doc. no. 28), which the court construes as a motion to dismiss voluntarily pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice, with the parties each to bear their own costs.

All pending motions are denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 2nd day of April, 2021.**

                                   /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**